IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY NIXON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-1823-K |
| | ) | |
| GMAC MORTGAGE CORP., | ) | |
|     Defendant. | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Plaintiff's Notice of Appeal and Objection from the Magistrate Judge Findings, Conclusion, and Recommendation from the United States Magistrate Judge, filed on February 24, 2010, are hereby **OVERRULED**.

SO ORDERED.

Signed this 26th day of February, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE